**James MOLAND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47468.**

Missouri Court of Appeals,
Western District.

July 27, 1993.

Rebecca Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

**554**

## ORDER

PER CURIAM:

Defendant appeals from the denial, without an evidentiary hearing, of a Rule 24.-035 motion for post-conviction relief.

The denial of post-conviction relief is affirmed. Rule 84.16(b).